# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY 13 | 09854325 | Dickerson | 98 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 01/08/2022 0834 | 18 USC 922 (x)(2) |

Place of Offense

Hoadley Gate

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Possession of a firearm
by a Minor
240

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Muse | Jeremiah | P D |

Street Address

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**        $ _____   **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | TBD |
|---|---|---|
| TBD | Time | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    X Jeremiah Muse

Original - CVB Copy

*09854325*

CVB SCAN 03/12/2025 14:6

---

I state that on **01 Jan**, 20 **22** while exercising my duties as a law enforcement officer in the **AP 6** District of **MD**

SEE
ATTACHED

NO A41

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/08/2022**   _____
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 03/12/2025 14:6